IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND STARR,

      Plaintiff,

vs.

DEPT. OF CORRECTIONS, et al.,

      Defendants.

CV F 05 1306 OWWC WMW   P

ORDER RE MOTION (DOC 9 )

      Plaintiff has filed a motion for extension of time in which to file an amended complaint in compliance with the order of August 4, 2006. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   January 9, 2007**         /s/  **William M. Wunderlich**
j14hj0         UNITED STATES MAGISTRATE JUDGE

1