UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND STARR,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>　CORRECTIONS, et al.,<br><br>　　Defendants. | 1:05-CV-1306 LJO WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #12) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2007, plaintiff filed a motion to extend time to an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:　March 12, 2007**　　　　　　　　/s/  William M. Wunderlich
j14hj0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE