UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND STARR, | 1:05-CV-1306 LJO WMW PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #18) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   May 14, 2007**          **/s/  William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE