IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND STARR,

      Plaintiff,                       CV F 05 1306 LJO WMW P

  vs.                                ORDER

DEPT. OF CORRECTIONS, et al.,

      Defendants.

      On May 15, 2007, an order was entered, granting Plaintiff's motion for extension of time to file an amended complaint. On May 30, 2007, Plaintiff filed a motion requesting the Clerk to send to him a copy of the original complaint. The original complaint in this action, filed in the Northern District and transferred to this district, consists of a 6 page narrative complaint and 34 pages of exhibits.

      Plaintiff is advised that it is inappropriate to attach exhibits to a complaint. <u>See</u> Rule 8, Federal Rules of Civil Procedure. Further, the court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or

when requested by the court).

      Accordingly, **IT IS HEREBY ORDERED** that:

          **1.** The Clerk's Office shall send to Plaintiff a copy of pages 1-6 of the original complaint filed in the Northern District.

          **2.** Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:**   **June 27, 2007**　　　　　　　　　　　　**/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE